| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| KENNETH J. MURRAY, § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:17-CV-521 |
| § | |
| NANCY BERRYHILL, ACTING § | |
| COMMISSIONER OF THE SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration and recommended disposition of case-dispositive pretrial motions. On February 9, 2018, Judge Giblin issued a report and recommendation on the plaintiff's emergency request for a permanent restraining order. Judge Giblin recommended that the court deny the request. The plaintiff has not objected to the magistrate judge's report.

After review in accordance with 28 U.S.C. § 636(b), the court finds that Judge Giblin's findings and recommendations should be accepted. The court therefore **ORDERS** that the report and recommendation (#11) is **ADOPTED**. The court further **ORDERS** that the plaintiff's emergency motion for preliminary mandatory injunction (#10) is **DENIED**.

SIGNED at Beaumont, Texas, this 7th day of March, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE